**United States District Court**
For the Northern District of California

1
2
3                                                  **E-Filed 3/31/09**
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10                                   SAN JOSE DIVISION
11   YUN LIU,                                          Case No. 5:09 CV 0433
12            Plaintiff,
                                                       ORDER
13
                 v.
14
     JANET NAPOLITANO, as Secretary of the
15   Department of Homeland Security; MICHAEL
     AYTES, Acting Deputy Director of U.S.
16   Citizen and Immigration Services; ROBERT
     S. MULLER, Director of the Federal Bureau
17   of Investigation,
18            Defendants.
     _____/
19
20          Plaintiff Yun Liu, who is pro se, filed a notice on March 27, 2009, stating that she wished to
21   voluntarily withdraw her complaint against the above-named defendants.  The Court construes this
22   notice as a statement of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)
23   and notes that this case is now terminated.
24          **IT IS SO ORDERED.**
25
26   DATED:        March 31, 2009
27                                                   _____
28                                                   RICHARD SEEBORG
                                                     United States Magistrate Judge

ORDER
Case No. 5:09 CV 0433

**United States District Court**
For the Northern District of California

1   THIS IS TO CERTIFY THAT A COPY OF THIS ORDER HAS BEEN MAILED TO:

2   **Plaintiff**:
Yun Liu
3   125 Connemara Way, #69
Sunnyvale, CA 94087

4

   **Defendants upon whom service has been effected:**

5

6   Janet Napolitano
Secretary of the Department of Homeland Security
United States Department of Homeland Security
7   Washington, DC 20528

8   Robert S. Muller, III
Federal Bureau of Investigation
9   J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
10  Washington, DC 20535-0001

11  Michael Aytes
Acting Deputy Director of US Citizenship and Immigration Services
12  Department of Homeland Security
Washington, DC 20528

13

14

15

16

17

18

19

20  Dated: March 31, 2009

21

22                  CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

23

24            By:     Chambers Staff

25

26

27

28

ORDER
Case No. 5:09 CV 0433

2